BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-10-00505 EJD |
| Plaintiff, | ) ) ) | STIPULATION TO EXCUSE DEFENDANT FROM PERSONALLY APPEARING AT |
| vs. | ) | STATUS HEARING |
| CHERYL DAVIS, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

    Defendant Cheryl Davis and the government, by and through their respective counsel, hereby stipulate and agree that Ms. Davis may be excused from personally appearing at the status hearing scheduled for Monday, June 13, 2011, at 1:30 p.m.

    The United States Probation Office has been consulted as to this stipulation and proposed order, and has no objection.

Dated: June 10, 2011

                                          s/_____
                                          GRANT FONDO
                                          Assistant United States Attorney

Dated: June 10, 2011

                                          s/_____
                                            CYNTHIA C. LIE
                                          Assistant Federal Public Defender

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-10-00505 EJD |
| Plaintiff, | ) ) ) | [PROPOSED] ORDER TO EXCUSE DEFENDANT FROM PERSONALLY APPEARING AT STATUS HEARING |
| vs. | ) ) | |
| CHERYL DAVIS, | ) ) | |
| Defendant. | ) ) ) | |

Good cause appearing and by stipulation of the parties, it is hereby ordered that Defendant Cheryl Davis shall be excused from personally appearing at the status hearing re: revocation of probation, scheduled for Monday, June 13, 2011, at 1:30 p.m.

Dated: June 10 , 2011

_____
HON. EDWARD J. DAVILA
United States District Judge

[Proposed] Order to Dismiss Petition
CR 10-00505 EJD                                 1