IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-10-00505 EJD |
| Plaintiff, | ) ) | [PROPOSED] ORDER TO DISMISS PETITION FOR SUMMONS FOR OFFENDER UNDER SUPERVISION AND VACATE HEARING DATE |
| vs. | ) ) ) | |
| CHERYL DAVIS, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the Petition for Summons for Offender Under Supervision shall be dismissed and the status hearing re: revocation of probation, currently scheduled for Monday, August 29, 2011, at 1:30 p.m., shall be vacated.

All other terms and conditions of Ms. Davis' probation remain in full force and effect.

Dated: August 26, 2011

_____
HON. EDWARD J. DAVILA
United States District Judge

[Proposed] Order to Dismiss Petition
CR 10-00505 EJD                         1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

[Proposed] Order to Dismiss Petition
CR 10-00505 EJD                                    2